932 A.2d 874

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Scott D. BAIRD, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 11, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 11th day of September, 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Whether the Superior Court erred in reversing the Trial Court's Order granting Defendant's Motion to Dismiss Pursuant to Rule 600 where the Defendant did not have actual knowledge of his arraignment, never attempted to hide his whereabouts, and worked with law enforcement during this time.